Case: 4:11-cv-00824-BSM

**Britt K. Latham**
**Bass, Berry & Sims, PLC**
**315 Deaderick Street**
**Suite 2700**
**Nashville, TN 37238-3001**

------------------------------------------------------

**) STATES DISTRICT COURT**

CLERK'S OFFICE

PARD ARNOLD UNITED STATES COURTHOUSE

600 W. CAPITOL AVENUE

SUITE A-149

ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

2013 JUL -1 AM 10: 07

049J82054126

$00.460
06/20/2013
Mailed From 72201
US POSTAGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 01 2013
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

NIXIE        372   CE 1009        7206/25/13
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 72201332999        *0355-00664-20-46